UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICIA NEWBY and JOHN NEWBY,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 06-cv-887-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendant's agreed motion to dismiss the claims of plaintiff John Newby (Doc. 21), which the Court construes to be pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case from all the parties or in the absence of a stipulation of dismissal of an entire case from all the parties. The Court **GRANTS** the motion to dismiss (Doc. 21), **DISMISSES** John Newby's claims in this case **with prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: October 23, 2007**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**