UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA NEWBY, | ) |
|   Plaintiff, | ) Case No. 3:06-CV-887-JPG-PMF |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
|   Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** December 7, 2009

NANCY J. ROSENSTENGEL, Clerk of Court


By:s/Deborah Agans, Deputy Clerk



APPROVED: _s/J. Phil Gilbert_
J. PHIL GILBERT
U. S. DISTRICT JUDGE